UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AARON M.,

        Plaintiff,

      -v-                         5:24-CV-302

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                         OF COUNSEL:

LAW OFFICES OF STEVEN         STEVEN R. DOLSON, ESQ.
  R. DOLSON, PLLC
Attorneys for Plaintiff
6320 Fly Road, Suite 201
Syracuse, NY 13202

SOCIAL SECURITY                JOHNANNY SANTANA, ESQ.
  ADMINSTRATION
Attorneys for Defendant
6401 Security Boulevard
Baltimore, MD 21235

DAVID N. HURD
United States District Judge

## ORDER ON REPORT & RECOMMENDATION

On March 1, 2024, plaintiff Aaron M. ("plaintiff") filed this 42 U.S.C. § 405(g) action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying his application

for disability benefits. Dkt. No. 1. The parties filed their respective memoranda—treated as motions for judgments on the pleadings under Federal Rule of Civil Procedure ("Rule") 12(c) pursuant to General Order 18. Dkt. Nos. 7, 14.

On December 11, 2024, U.S. Magistrate Judge Thérèse Wiley Dancks advised by Report and Recommendation ("R&R") that plaintiff's motion be denied, and that defendant's motion be granted, and that the final decision of the Commissioner be affirmed. Dkt. No. 15.

Plaintiff has not ledged objections and the time period in which to do so has expired. *See* Dkt. No. 15. Upon review for clear error, Judge Dancks's R&R is accepted and will be adopted in all respects. *See* FED. R. CIV. P. 72(b).

Therefore, it is

ORDERED that

1. The Report & Recommendation (Dkt. No. 15) is ACCEPTED; and

2. Plaintiff's complaint is DISMISSED without leave to amend.

The Clerk of the Court is directed to terminate the pending motion and enter a judgment accordingly.

IT IS SO ORDERED.

David N. Hurd
U.S. District Judge

Dated: January 8, 2025
　　　　Utica, New York.